AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stahl, Norman H. | US Court of Appeals - 1st Circuit | 05/23/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

US Court of Appeals
1 Courthouse Way, Suite 8730
Boston, Massachusetts 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Tufts Medical Center Board of Governors |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ashland House Associates, LP, 9%, Bedford, NH - Rental Income | F | Rent | N | W | | | | | |
| 2. Citizen's Bank, Cash, Checking and MM | A | Interest | K | T | | | | | |
| 3. Martha's Vineyard Savings Bank, Cash | A | Interest | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. Trust # 1 (H) | | | | | | | | | |
| 6. -Exxon Mobil | B | Dividend | K | T | | | | | |
| 7. -Kellogg Co | B | Dividend | L | T | Buy (add'l) | 08/24/17 | J | | |
| 8. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 9. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 10. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 11. -Pepsico | B | Dividend | L | T | | | | | |
| 12. -Charles Schwab Corp. | A | Dividend | L | T | | | | | |
| 13. -Alphabet Inc. Class C | | None | K | T | | | | | |
| 14. -Nestle SA | A | Dividend | K | T | Buy (add'l) | 01/03/17 | J | | |
| 15. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 16. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 17. -Diageo PLC | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Time Warner Inc | A | Dividend | | | Sold (part) | 02/08/17 | J | C | |
| 19. | | | | | Sold (part) | 07/25/17 | J | B | |
| 20. | | | | | Sold (part) | 07/26/17 | J | B | |
| 21. | | | | | Sold (part) | 07/27/17 | J | B | |
| 22. | | | | | Sold (part) | 08/23/17 | J | B | |
| 23. | | | | | Sold | 08/25/17 | J | B | |
| 24.   -Walt Disney Co | A | Dividend | K | T | Buy (add'l) | 05/04/17 | J | | |
| 25. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 26. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 27. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 28. | | | | | Sold (part) | 11/10/17 | J | | |
| 29.   -William Sonoma | A | Dividend | | | Sold (part) | 02/08/17 | J | | |
| 30. | | | | | Sold (part) | 02/22/17 | J | B | |
| 31. | | | | | Sold | 02/24/17 | J | A | |
| 32.   -Nike Inc. Class B | A | Dividend | K | T | Buy (add'l) | 03/03/17 | J | | |
| 33. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 34. | | | | | Sold (part) | 09/14/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 10/10/17 | J | | |
| 36. -Apple | A | Dividend | | | Sold (part) | 05/03/17 | J | B | |
| 37. | | | | | Sold | 05/07/17 | J | C | |
| 38. -Lululemon Athletica | | None | K | T | Buy (add'l) | 06/02/17 | J | | |
| 39. -Starbucks | A | Dividend | | | Sold (part) | 04/28/17 | J | B | |
| 40. | | | | | Sold (part) | 05/22/17 | J | A | |
| 41. | | | | | Sold | 05/24/17 | J | B | |
| 42. -Visa Inc CL A | A | Dividend | J | T | Sold (part) | 08/30/17 | J | C | |
| 43. -AMC Networks, Inc. | | None | | | Sold (part) | 02/08/17 | J | | |
| 44. | | | | | Sold | 02/14/17 | J | | |
| 45. -LVMH MOET | A | Dividend | K | T | Sold (part) | 01/13/17 | J | A | |
| 46. -United Parcel Service | A | Dividend | | | Sold (part) | 03/01/17 | J | A | |
| 47. | | | | | Sold (part) | 03/03/17 | J | A | |
| 48. | | | | | Sold | 03/06/17 | J | A | |
| 49. -The Priceline Group | | None | | | Sold (part) | 05/05/17 | J | C | |
| 50. | | | | | Sold | 06/14/17 | J | B | |
| 51. -Comcast Corporation | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -McDonalds | A | Dividend | K | T | Buy (add'l) | 03/06/17 | J | | |
| 53. | | | | | Buy (add'l) | 03/08/17 | J | | |
| 54. | | | | | Sold (part) | 08/30/17 | J | B | |
| 55. -Wal-mart Stores | A | Dividend | K | T | Buy (add'l) | 02/28/17 | J | | |
| 56. -Carnival Corp | A | Dividend | K | T | Sold (part) | 01/26/17 | J | A | |
| 57. -Estee Lauder | A | Dividend | | | Sold | 09/19/17 | J | B | |
| 58. -Facebook Class A | | None | J | T | Sold (part) | 04/06/17 | J | B | |
| 59. | | | | | Sold (part) | 05/01/17 | J | A | |
| 60. | | | | | Sold (part) | 05/12/17 | J | A | |
| 61. | | | | | Sold (part) | 08/30/17 | J | B | |
| 62. -Heineken NV FADR | A | Dividend | K | T | Buy (add'l) | 03/02/17 | J | | |
| 63. -Marriott Intl Inc. Class A | A | Dividend | J | T | Sold (part) | 06/02/17 | J | B | |
| 64. | | | | | Sold (part) | 12/04/17 | J | B | |
| 65. -Microsoft Corp | A | Dividend | K | T | Buy (add'l) | 04/12/17 | J | | |
| 66. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 67. -Paypal Holdings | | None | | | Sold (part) | 05/24/17 | J | A | |
| 68. | | | | | Sold (part) | 05/31/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 06/01/17 | J | A | |
| 70. | | | | | Sold (part) | 07/05/17 | J | A | |
| 71. | | | | | Sold (part) | 07/24/17 | J | C | |
| 72. | | | | | Sold (part) | 07/26/17 | J | A | |
| 73. | | | | | Sold | 08/03/17 | J | A | |
| 74. -Coca Cola | A | Dividend | K | T | Buy | 05/03/17 | J | | |
| 75. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 76. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 77. | | | | | Buy (add'l) | 07/26/17 | J | | |
| 78. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 79. -Darden Restaurants | A | Dividend | K | T | Buy | 07/24/17 | J | | |
| 80. | | | | | Buy (add'l) | 07/26/17 | J | | |
| 81. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 82. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 83. -Dunkin Brands Group | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 84. -Hersey Company | A | Dividend | J | T | Buy | 02/04/17 | J | | |
| 85. | | | | | Buy (add'l) | 05/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 87. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 88.  -Proctor & Gamble | | None | J | T | Buy | 11/15/17 | J | | |
| 89. | | | | | Buy (add'l) | 12/07/17 | J | | |
| 90.  -TJX | A | Dividend | | | Buy | 02/08/17 | J | | |
| 91. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 92. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 93. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 94. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 95. | | | | | Sold (part) | 10/11/17 | J | | |
| 96. | | | | | Sold (part) | 11/14/17 | J | | |
| 97. | | | | | Sold (part) | 11/15/17 | J | | |
| 98. | | | | | Sold | 11/16/17 | J | | |
| 99.  -Ulta Beauty, Inc. | | None | J | T | Buy | 08/30/17 | J | | |
| 100. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 101. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 102. | | | | | Buy (add'l) | 10/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Cash, Schwab Govt Money Fund (Y) | | | | | | | | | |
| 104. -Cash, Schwab Bank Sweep (previously called Deposit Accounts) | A | Interest | K | T | | | | | |
| 105. -US Treasury Bill Due 7/31/17 | A | Interest | | | Matured | 07/31/17 | M | A | |
| 106. -Bank of India CD Due 1/25/17 | A | Interest | | | Matured | 01/25/17 | M | | |
| 107. -First Natl Bank CD Due 2/6/17 | A | Interest | | | Matured | 02/06/17 | M | | |
| 108. -Bank of China CD Due 5/15/17 | A | Interest | | | Buy | 02/01/17 | M | | |
| 109. | | | | | Matured | 05/15/17 | M | | |
| 110. -Bank of China CD Due 8/17/18 | A | Interest | | | Buy | 05/01/17 | M | | |
| 111. | | | | | Matured | 08/17/17 | M | | |
| 112. -Bank of India CD Due 11/22/17 | A | Int./Div. | | | Buy | 08/15/17 | M | | |
| 113. | | | | | Matured | 11/22/17 | M | | |
| 114. Mizrahi Tefahot CD Due 5/2/17 | A | Interest | | | Buy | 01/23/17 | M | | |
| 115. | | | | | Matured | 05/02/17 | M | | |
| 116. -Pacific Premier CD Due 11/20/17 | B | Interest | | | Buy | 04/27/17 | M | | |
| 117. | | | | | Matured | 11/20/17 | M | | |
| 118. -US Treasury NT Due 8/15/18 | A | Interest | M | T | Buy | 08/02/17 | M | | |
| 119. -US Treasury Bill Due 5/31/18 | | None | N | T | Buy | 11/28/17 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121.  Trust # 2 IRA (H) | | | | | | | | | |
| 122.  -Alphabet Inc. Class C | None | | M | T | Sold (part) | 01/13/17 | J | B | |
| 123. | | | | | Sold (part) | 01/24/17 | J | B | |
| 124. | | | | | Buy (add'l) | 03/23/17 | J | | |
| 125. | | | | | Buy (add'l) | 03/24/17 | J | | |
| 126. | | | | | Sold (part) | 04/25/17 | J | B | |
| 127. | | | | | Sold (part) | 04/27/17 | J | A | |
| 128. | | | | | Sold (part) | 05/01/17 | J | B | |
| 129. | | | | | Sold (part) | 05/18/17 | J | C | |
| 130. | | | | | Sold (part) | 05/25/17 | J | B | |
| 131. | | | | | Sold (part) | 06/05/17 | J | B | |
| 132. | | | | | Sold (part) | 06/08/17 | J | B | |
| 133. | | | | | Sold (part) | 07/19/17 | J | C | |
| 134. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 135.  -AMC Networks Inc. | None | | | | Sold (part) | 01/03/17 | J | | |
| 136. | | | | | Sold (part) | 02/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 02/06/17 | J | | |
| 138. | | | | | Sold (part) | 02/08/17 | J | | |
| 139. | | | | | Sold (part) | 02/10/17 | J | | |
| 140. | | | | | Sold (part) | 02/13/17 | J | | |
| 141. | | | | | Sold | 02/14/17 | J | A | |
| 142.  -Anheuser-Busch | | None | L | T | Buy | 12/08/17 | J | | |
| 143. | | | | | Buy (add'l) | 12/11/17 | K | | |
| 144. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 145. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 146. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 147. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 148. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 149. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 150. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 151.  -Apple | A | Dividend | | | Sold (part) | 01/27/17 | J | C | |
| 152. | | | | | Sold (part) | 01/31/17 | J | B | |
| 153. | | | | | Sold (part) | 02/01/17 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 02/16/17 | J | B | |
| 155. | | | | | Sold (part) | 03/01/17 | J | B | |
| 156. | | | | | Sold (part) | 03/21/17 | J | B | |
| 157. | | | | | Sold (part) | 03/22/17 | J | B | |
| 158. | | | | | Sold (part) | 04/04/17 | J | A | |
| 159. | | | | | Sold (part) | 05/01/17 | J | B | |
| 160. | | | | | Sold (part) | 05/03/17 | J | B | |
| 161. | | | | | Sold | 05/05/17 | J | C | |
| 162. -Carnival Corp | B | Dividend | L | T | Sold (part) | 01/03/17 | J | | |
| 163. | | | | | Buy (add'l) | 04/11/17 | J | | |
| 164. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 165. | | | | | Sold (part) | 06/22/17 | J | B | |
| 166. | | | | | Sold (part) | 07/19/17 | J | A | |
| 167. | | | | | Sold (part) | 08/01/17 | J | B | |
| 168. | | | | | Sold (part) | 08/04/17 | J | A | |
| 169. | | | | | Sold (part) | 08/16/17 | J | B | |
| 170. | | | | | Sold (part) | 08/31/17 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 172. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 173. | | | | | Sold (part) | 10/03/17 | J | | |
| 174. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 175. | | | | | Buy (add'l) | 11/30/17 | J | | |
| 176. -Charles Schwab Corp | A | Dividend | J | T | Buy | 09/13/17 | J | | |
| 177. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 178. | | | | | Sold (part) | 12/04/17 | J | B | |
| 179. | | | | | Sold (part) | 12/07/17 | J | | |
| 180. -Coca Cola Company | C | Dividend | M | T | Buy | 05/02/17 | J | | |
| 181. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 182. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 183. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 184. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 185. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 186. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 187. | | | | | Buy (add'l) | 05/18/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 189. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 190. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 191. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 192. | | | | | Buy (add'l) | 07/11/17 | J | | |
| 193. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 194. | | | | | Buy (add'l) | 07/26/17 | J | | |
| 195. | | | | | Sold (part) | 08/04/17 | J | | |
| 196. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 197. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 198. | | | | | Sold (part) | 10/03/17 | J | | |
| 199. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 200. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 201. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 202. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 203. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 204.  -Comcast | B | Dividend | M | T | Sold (part) | 04/27/17 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 206. | | | | | Buy (add'l) | 06/23/17 | J | | |
| 207. | | | | | Sold (part) | 08/04/17 | J | A | |
| 208. | | | | | Buy (add'l) | 09/11/17 | J | | |
| 209. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 210. | | | | | Sold (part) | 10/03/17 | J | | |
| 211. | | | | | Buy (add'l) | 10/11/17 | J | | |
| 212. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 213. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 214. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 215. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 216. | | | | | Buy (add'l) | 12/07/17 | J | | |
| 217. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 218. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 219. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 220. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 221. -Darden Restaurants | A | Dividend | M | T | Buy | 07/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 223. | | | | | Buy (add'l) | 07/24/17 | J | | |
| 224. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 225. | | | | | Buy (add'l) | 07/26/17 | J | | |
| 226. | | | | | Buy (add'l) | 07/27/17 | K | | |
| 227. | | | | | Buy (add'l) | 07/28/17 | J | | |
| 228. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 229. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 230. | | | | | Buy (add'l) | 09/07/17 | J | | |
| 231. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 232. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 233. | | | | | Buy (add'l) | 11/22/17 | J | | |
| 234. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 235. | | | | | Sold (part) | 12/18/17 | J | A | |
| 236. | | | | | Sold (part) | 12/19/17 | J | A | |
| 237. -Diageo, PLC | C | Dividend | M | T | Buy (add'l) | 03/08/17 | J | | |
| 238. | | | | | Buy (add'l) | 04/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 04/27/17 | J | | |
| 240. | | | | | Sold (part) | 08/04/17 | J | A | |
| 241. | | | | | Sold (part) | 09/08/17 | J | B | |
| 242. | | | | | Sold (part) | 10/03/17 | J | A | |
| 243. | | | | | Sold (part) | 10/10/17 | J | B | |
| 244. | | | | | Sold (part) | 10/12/17 | J | A | |
| 245. -Dunkin Brands Group | A | Dividend | K | T | Buy | 09/14/17 | J | | |
| 246. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 247. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 248. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 249. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 250. -Estee Lauder Co, Inc. Class A | A | Dividend | | | Buy (add'l) | 01/09/17 | J | | |
| 251. | | | | | Buy (add'l) | 01/10/17 | J | | |
| 252. | | | | | Sold (part) | 05/10/17 | J | B | |
| 253. | | | | | Sold (part) | 05/17/17 | J | B | |
| 254. | | | | | Sold (part) | 06/02/17 | J | A | |
| 255. | | | | | Sold (part) | 08/04/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 08/10/17 | J | A | |
| 257. | | | | | Sold (part) | 08/14/17 | J | B | |
| 258. | | | | | Sold (part) | 08/16/17 | J | A | |
| 259. | | | | | Sold (part) | 08/18/17 | J | B | |
| 260. | | | | | Sold (part) | 08/24/17 | J | B | |
| 261. | | | | | Sold (part) | 08/30/17 | J | A | |
| 262. | | | | | Sold (part) | 09/05/17 | J | B | |
| 263. | | | | | Sold | 09/07/17 | J | B | |
| 264. -Facebook, Inc. Class A | None | J | T | | Sold (part) | 01/12/17 | J | A | |
| 265. | | | | | Sold (part) | 01/23/17 | J | C | |
| 266. | | | | | Sold (part) | 01/24/17 | J | A | |
| 267. | | | | | Sold (part) | 01/25/17 | J | B | |
| 268. | | | | | Sold (part) | 01/26/17 | J | B | |
| 269. | | | | | Sold (part) | 02/24/17 | J | B | |
| 270. | | | | | Sold (part) | 02/27/17 | J | A | |
| 271. | | | | | Sold (part) | 03/10/17 | J | A | |
| 272. | | | | | Sold (part) | 03/15/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 04/06/17 | J | B | |
| 274. | | | | | Sold (part) | 04/20/17 | J | A | |
| 275. | | | | | Sold (part) | 04/24/17 | J | A | |
| 276. | | | | | Sold (part) | 04/28/17 | J | A | |
| 277. | | | | | Sold (part) | 05/01/17 | J | A | |
| 278. | | | | | Sold (part) | 05/17/17 | J | A | |
| 279. | | | | | Sold (part) | 05/18/17 | J | C | |
| 280. | | | | | Sold (part) | 07/27/17 | J | C | |
| 281. | | | | | Sold (part) | 07/28/17 | J | B | |
| 282. | | | | | Sold (part) | 09/29/17 | J | C | |
| 283. | | | | | Sold (part) | 10/16/17 | J | B | |
| 284. | | | | | Sold (part) | 11/30/17 | J | B | |
| 285. | | | | | Sold (part) | 12/07/17 | J | B | |
| 286. | | | | | Sold (part) | 12/11/17 | J | B | |
| 287. -Heineken NV | B | Dividend | M | T | Buy (add'l) | 01/11/17 | J | | |
| 288. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 289. | | | | | Buy (add'l) | 03/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 03/08/17 | J | | |
| 291. | | | | | Sold (part) | 07/31/17 | J | A | |
| 292. | | | | | Sold (part) | 08/04/17 | J | A | |
| 293. | | | | | Sold (part) | 09/14/17 | J | A | |
| 294. | | | | | Sold (part) | 09/15/17 | J | B | |
| 295. | | | | | Sold (part) | 10/03/17 | J | A | |
| 296.  -Hershey Company | B | Dividend | L | T | Buy | 02/22/17 | J | | |
| 297. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 298. | | | | | Buy (add'l) | 03/03/17 | J | | |
| 299. | | | | | Buy (add'l) | 03/08/17 | J | | |
| 300. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 301. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 302. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 303. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 304. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 305. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 306. | | | | | Buy (add'l) | 07/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 308. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 309. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 310. | | | | | Buy (add'l) | 08/24/17 | J | | |
| 311. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 312. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 313. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 314. -Kellogg Company | B | Dividend | M | T | Buy | 08/18/17 | J | | |
| 315. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 316. | | | | | Buy (add'l) | 08/24/17 | K | | |
| 317. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 318. | | | | | Buy (add'l) | 08/28/17 | J | | |
| 319. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 320. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 321. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 322. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 323. | | | | | Buy (add'l) | 09/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 325. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 326. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 327. | | | | | Buy (add'l) | 10/17/17 | J | | |
| 328. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 329. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 330. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 331. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 332. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 333. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 334. -LVMH MOET | B | Dividend | M | T | Sold (part) | 01/10/17 | J | A | |
| 335. | | | | | Sold (part) | 01/11/17 | J | A | |
| 336. | | | | | Sold (part) | 01/12/17 | J | A | |
| 337. | | | | | Sold (part) | 04/24/17 | J | B | |
| 338. | | | | | Sold (part) | 04/25/17 | J | A | |
| 339. | | | | | Sold (part) | 04/27/17 | J | B | |
| 340. | | | | | Sold (part) | 05/16/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 342. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 343. | | | | | Sold (part) | 08/04/17 | J | A | |
| 344. | | | | | Sold (part) | 10/03/17 | J | A | |
| 345. | | | | | Sold (part) | 10/12/17 | J | B | |
| 346. -Lululemon Athletica | | None | L | T | Sold (part) | 01/04/17 | J | B | |
| 347. | | | | | Sold (part) | 01/09/17 | J | A | |
| 348. | | | | | Sold (part) | 01/10/17 | J | B | |
| 349. | | | | | Buy (add'l) | 03/06/17 | J | | |
| 350. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 351. | | | | | Buy (add'l) | 03/13/17 | J | | |
| 352. | | | | | Buy (add'l) | 03/30/17 | J | | |
| 353. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 354. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 355. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 356. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 357. | | | | | Sold (part) | 08/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 10/03/17 | J | | |
| 359. | | | | | Sold (part) | 11/28/17 | J | A | |
| 360. | | | | | Sold (part) | 12/11/17 | J | A | |
| 361. | | | | | Sold (part) | 12/14/17 | J | A | |
| 362. | | | | | Sold (part) | 12/15/17 | J | A | |
| 363. | | | | | Sold (part) | 12/18/17 | J | A | |
| 364. | | | | | Sold (part) | 12/20/17 | J | A | |
| 365. | | | | | Sold (part) | 12/26/17 | J | A | |
| 366.  -Marriott Intl Inc. Class A | A | Dividend | | | Sold (part) | 01/11/17 | J | A | |
| 367. | | | | | Sold (part) | 01/19/17 | J | A | |
| 368. | | | | | Sold (part) | 01/27/17 | J | A | |
| 369. | | | | | Sold (part) | 02/15/17 | J | B | |
| 370. | | | | | Sold (part) | 02/16/17 | J | B | |
| 371. | | | | | Sold (part) | 03/01/17 | J | B | |
| 372. | | | | | Sold (part) | 03/15/17 | J | B | |
| 373. | | | | | Sold (part) | 03/21/17 | J | B | |
| 374. | | | | | Sold (part) | 03/22/17 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 03/23/17 | J | B | |
| 376. | | | | | Sold (part) | 04/27/17 | J | B | |
| 377. | | | | | Sold (part) | 05/09/17 | J | A | |
| 378. | | | | | Sold (part) | 05/18/17 | J | A | |
| 379. | | | | | Sold (part) | 05/25/17 | J | B | |
| 380. | | | | | Sold (part) | 06/01/17 | J | B | |
| 381. | | | | | Sold (part) | 10/04/17 | J | C | |
| 382. | | | | | Sold (part) | 10/13/17 | J | C | |
| 383. | | | | | Sold (part) | 10/18/17 | J | B | |
| 384. | | | | | Sold (part) | 10/24/17 | J | B | |
| 385. | | | | | Sold (part) | 11/02/17 | J | B | |
| 386. | | | | | Sold (part) | 11/28/17 | J | B | |
| 387. | | | | | Sold (part) | 12/08/17 | J | B | |
| 388. | | | | | Sold (part) | 12/18/17 | J | B | |
| 389. | | | | | Sold | 12/28/17 | J | B | |
| 390. -McDonalds | C | Dividend | M | T | Buy (add'l) | 01/04/17 | J | | |
| 391. | | | | | Buy (add'l) | 01/23/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 01/24/17 | J | | |
| 393. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 394. | | | | | Buy (add'l) | 03/03/17 | J | | |
| 395. | | | | | Sold (part) | 04/27/17 | J | B | |
| 396. | | | | | Sold (part) | 05/03/17 | J | B | |
| 397. | | | | | Sold (part) | 05/16/17 | J | B | |
| 398. | | | | | Sold (part) | 05/19/17 | J | B | |
| 399. | | | | | Sold (part) | 06/20/17 | J | B | |
| 400. | | | | | Sold (part) | 08/04/17 | J | A | |
| 401. | | | | | Sold (part) | 08/30/17 | J | B | |
| 402. | | | | | Sold (part) | 09/20/17 | J | B | |
| 403. | | | | | Sold (part) | 10/16/17 | J | B | |
| 404. | | | | | Sold (part) | 11/02/17 | J | B | |
| 405. | | | | | Sold (part) | 11/06/17 | J | B | |
| 406. | | | | | Sold (part) | 11/28/17 | J | B | |
| 407. -Microsoft Corp | C | Dividend | M | T | Buy (add'l) | 02/01/17 | J | | |
| 408. | | | | | Buy (add'l) | 02/28/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 28 of 58

**Name of Person Reporting**

Stahl, Norman H.

**Date of Report**

05/23/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 410. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 411. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 412. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 413. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 414. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 415. | | | | | Sold (part) | 07/19/17 | J | B | |
| 416. | | | | | Sold (part) | 08/04/17 | J | B | |
| 417. | | | | | Sold (part) | 08/30/17 | J | A | |
| 418. | | | | | Sold (part) | 09/14/17 | J | A | |
| 419. | | | | | Sold (part) | 10/03/17 | J | A | |
| 420. | | | | | Sold (part) | 10/05/17 | J | A | |
| 421. | | | | | Sold (part) | 10/16/17 | J | B | |
| 422. | | | | | Sold (part) | 10/30/17 | J | B | |
| 423. | | | | | Sold (part) | 11/02/17 | J | B | |
| 424. | | | | | Sold (part) | 11/28/17 | J | B | |
| 425. -Nestle | C | Dividend | M | T | Buy (add'l) | 01/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Buy (add'l) | 01/19/17 | J | | |
| 427. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 428. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 429. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 430. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 431. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 432. | | | | | Sold (part) | 04/27/17 | J | A | |
| 433. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 434. | | | | | Sold (part) | 08/04/17 | J | | |
| 435. | | | | | Sold (part) | 10/03/17 | J | A | |
| 436.  -Nike Inc. | B | Dividend | L | T | Buy (add'l) | 03/03/17 | J | | |
| 437. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 438. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 439. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 440. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 441. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 442. | | | | | Buy (add'l) | 05/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 444. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 445. | | | | | Sold (part) | 06/30/17 | J | A | |
| 446. | | | | | Sold (part) | 08/04/17 | J | A | |
| 447. | | | | | Sold (part) | 08/14/17 | J | A | |
| 448. | | | | | Sold (part) | 09/15/17 | J | | |
| 449. | | | | | Sold (part) | 09/20/17 | J | | |
| 450. | | | | | Sold (part) | 09/26/17 | J | | |
| 451. | | | | | Sold (part) | 09/27/17 | J | | |
| 452. | | | | | Sold (part) | 10/03/17 | J | | |
| 453. | | | | | Sold (part) | 10/25/17 | J | | |
| 454. | | | | | Sold (part) | 10/26/17 | J | | |
| 455. | | | | | Sold (part) | 12/01/17 | J | A | |
| 456. | | | | | Sold (part) | 12/11/17 | J | A | |
| 457. | | | | | Sold (part) | 12/13/17 | J | C | |
| 458. | | | | | Sold (part) | 12/14/17 | J | A | |
| 459. | | | | | Sold (part) | 12/21/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 58

**Name of Person Reporting**

Stahl, Norman H.

**Date of Report**

05/23/2018

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. -Paypal Holdings Inco | None | | | | Buy (add'l) | 02/01/17 | J | | |
| 461. | | | | | Sold (part) | 02/24/17 | K | B | |
| 462. | | | | | Sold (part) | 03/03/17 | J | A | |
| 463. | | | | | Sold (part) | 04/27/17 | J | B | |
| 464. | | | | | Sold (part) | 05/02/17 | J | B | |
| 465. | | | | | Sold (part) | 05/10/17 | K | C | |
| 466. | | | | | Sold (part) | 05/11/17 | J | A | |
| 467. | | | | | Sold (part) | 05/12/17 | J | B | |
| 468. | | | | | Sold (part) | 05/17/17 | J | B | |
| 469. | | | | | Sold (part) | 05/18/17 | J | A | |
| 470. | | | | | Sold (part) | 06/01/17 | J | B | |
| 471. | | | | | Sold (part) | 07/10/17 | J | C | |
| 472. | | | | | Sold (part) | 07/11/17 | J | B | |
| 473. | | | | | Sold | 07/12/17 | K | D | |
| 474. -Priceline Group | None | | | | Sold (part) | 02/28/17 | J | C | |
| 475. | | | | | Sold (part) | 03/09/17 | J | C | |
| 476. | | | | | Sold (part) | 03/13/17 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 04/27/17 | J | B | |
| 478. | | | | | Sold (part) | 06/01/17 | J | C | |
| 479. | | | | | Sold | 06/14/17 | K | D | |
| 480.  -Proctor & Gamble | | None | L | T | Buy | 11/15/17 | K | | |
| 481. | | | | | Buy (add'l) | 11/17/17 | K | | |
| 482. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 483. | | | | | Buy (add'l) | 12/07/17 | J | | |
| 484.  -Starbucks | A | Dividend | | | Buy (add'l) | 02/01/17 | J | | |
| 485. | | | | | Buy (add'l) | 03/10/17 | J | | |
| 486. | | | | | Sold (part) | 04/13/17 | J | B | |
| 487. | | | | | Sold (part) | 04/17/17 | J | B | |
| 488. | | | | | Sold (part) | 04/18/17 | J | C | |
| 489. | | | | | Sold (part) | 04/19/17 | J | B | |
| 490. | | | | | Sold (part) | 04/20/17 | J | A | |
| 491. | | | | | Sold (part) | 04/24/17 | J | A | |
| 492. | | | | | Sold (part) | 04/28/17 | J | A | |
| 493. | | | | | Sold (part) | 05/08/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 58

Name of Person Reporting

Stahl, Norman H.

Date of Report

05/23/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 05/15/17 | J | A | |
| 495. | | | | | Sold (part) | 05/19/17 | J | A | |
| 496. | | | | | Sold (part) | 05/23/17 | K | B | |
| 497. | | | | | Sold | 05/24/17 | K | B | |
| 498.  -Time Warner | A | Dividend | | | Sold (part) | 01/03/17 | J | C | |
| 499. | | | | | Sold (part) | 02/08/17 | J | D | |
| 500. | | | | | Sold (part) | 04/27/17 | J | C | |
| 501. | | | | | Sold (part) | 07/24/17 | J | C | |
| 502. | | | | | Sold (part) | 07/25/17 | J | D | |
| 503. | | | | | Sold (part) | 07/26/17 | J | D | |
| 504. | | | | | Sold (part) | 07/27/17 | K | E | |
| 505. | | | | | Sold (part) | 07/28/17 | J | C | |
| 506. | | | | | Sold (part) | 08/03/17 | J | B | |
| 507. | | | | | Sold (part) | 08/04/17 | J | B | |
| 508. | | | | | Sold (part) | 08/24/17 | J | C | |
| 509. | | | | | Sold | 08/25/17 | J | B | |
| 510.  -TJX Companies | B | Dividend | | | Buy | 02/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 58

Name of Person Reporting

Stahl, Norman H.

Date of Report

05/23/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 02/07/17 | J | | |
| 512. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 513. | | | | | Buy (add'l) | 02/16/17 | K | | |
| 514. | | | | | Buy (add'l) | 02/21/17 | J | | |
| 515. | | | | | Buy (add'l) | 03/03/17 | J | | |
| 516. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 517. | | | | | Buy (add'l) | 03/13/17 | J | | |
| 518. | | | | | Buy (add'l) | 03/20/17 | J | | |
| 519. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 520. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 521. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 522. | | | | | Buy (add'l) | 05/24/17 | J | | |
| 523. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 524. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 525. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 526. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 527. | | | | | Sold (part) | 08/04/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 08/17/17 | J | | |
| 529. | | | | | Sold (part) | 10/03/17 | J | | |
| 530. | | | | | Sold (part) | 10/11/17 | J | | |
| 531. | | | | | Sold (part) | 11/14/17 | J | | |
| 532. | | | | | Sold (part) | 11/15/17 | L | | |
| 533. | | | | | Sold | 11/16/17 | K | | |
| 534.  -Ultra Beauty Inc. | None | M | T | | Buy | 08/30/17 | J | | |
| 535. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 536. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 537. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 538. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 539. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 540. | | | | | Buy (add'l) | 10/11/17 | J | | |
| 541. | | | | | Buy (add'l) | 10/12/17 | J | | |
| 542. | | | | | Buy (add'l) | 11/14/17 | J | | |
| 543. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 544. | | | | | Buy (add'l) | 12/22/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 546. -United Parcel Service | A | Dividend | | | Sold (part) | 03/01/17 | K | B | |
| 547. | | | | | Sold (part) | 03/03/17 | K | B | |
| 548. | | | | | Sold | 03/06/17 | K | B | |
| 549. -Visa, Inc. | A | Dividend | J | T | Sold (part) | 03/10/17 | J | C | |
| 550. | | | | | Sold (part) | 03/15/17 | J | A | |
| 551. | | | | | Sold (part) | 07/19/17 | J | B | |
| 552. | | | | | Sold (part) | 07/21/17 | J | B | |
| 553. | | | | | Sold (part) | 08/30/17 | J | A | |
| 554. | | | | | Sold (part) | 09/20/17 | J | B | |
| 555. | | | | | Sold (part) | 09/28/17 | J | A | |
| 556. | | | | | Sold (part) | 09/29/17 | J | A | |
| 557. | | | | | Sold (part) | 10/13/17 | J | A | |
| 558. | | | | | Sold (part) | 10/25/17 | J | B | |
| 559. | | | | | Sold (part) | 11/28/17 | J | B | |
| 560. | | | | | Sold (part) | 12/08/17 | J | A | |
| 561. -Walmart Stores Inc | C | Dividend | M | T | Buy (add'l) | 01/06/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy (add'l) | 01/13/17 | J | | |
| 563. | | | | | Buy (add'l) | 01/23/17 | J | | |
| 564. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 565. | | | | | Buy (add'l) | 01/27/17 | J | | |
| 566. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 567. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 568. | | | | | Buy (add'l) | 03/03/17 | J | | |
| 569. | | | | | Sold (part) | 04/27/17 | J | A | |
| 570. | | | | | Sold (part) | 05/09/17 | J | A | |
| 571. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 572. | | | | | Buy (add'l) | 06/23/17 | J | | |
| 573. | | | | | Sold (part) | 08/04/17 | J | A | |
| 574. | | | | | Sold (part) | 08/18/17 | J | B | |
| 575. | | | | | Sold (part) | 08/23/17 | J | B | |
| 576. | | | | | Sold (part) | 09/12/17 | J | A | |
| 577. | | | | | Sold (part) | 09/20/17 | J | B | |
| 578. | | | | | Sold (part) | 10/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold (part) | 10/11/17 | J | B | |
| 580. | | | | | Sold (part) | 10/13/17 | J | B | |
| 581. | | | | | Sold (part) | 11/03/17 | J | B | |
| 582. | | | | | Sold (part) | 11/16/17 | J | B | |
| 583. | | | | | Sold (part) | 11/28/17 | J | A | |
| 584. | | | | | Sold (part) | 12/26/17 | J | A | |
| 585. -Walt Disney Co | B | Dividend | M | T | Sold (part) | 01/03/17 | J | A | |
| 586. | | | | | Sold (part) | 01/30/17 | J | A | |
| 587. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 588. | | | | | Buy (add'l) | 03/17/17 | J | | |
| 589. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 590. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 591. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 592. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 593. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 594. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 595. | | | | | Buy (add'l) | 06/02/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 597. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 598. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 599. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 600. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 601. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 602. -Williams Sonoma | A | Dividend | | | Sold (part) | 01/03/17 | J | | |
| 603. | | | | | Sold (part) | 02/03/17 | J | | |
| 604. | | | | | Sold (part) | 02/08/17 | J | | |
| 605. | | | | | Sold (part) | 02/09/17 | J | | |
| 606. | | | | | Sold (part) | 02/21/17 | J | B | |
| 607. | | | | | Sold (part) | 02/22/17 | J | B | |
| 608. | | | | | Sold | 02/24/17 | J | B | |
| 609. -Cash, Schwab Govt Money Fund (Y) | | | | | | | | | |
| 610. -Cash, Schwab Bank Sweep (previously called Deposit Accounts) | A | Interest | J | T | | | | | |
| 611. -Bank of China New CD 7/13/17 | B | Interest | | | Matured | 07/13/17 | M | | |
| 612. -Bank of India CD Due 1/25/17 | A | Interest | | | Matured | 01/25/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  -Capital One Bank CD Due 4/19/17 | A | Interest | | | Matured | 04/19/17 | M | | |
| 614.  -Citizens Bank CD Due 2/2/17 | A | Interest | | | Matured | 02/02/17 | M | | |
| 615.  -Wells Fargo Bank CD Due 11/3/17 | B | Interest | | | Matured | 11/03/17 | M | | |
| 616.  -Bank Hapoalim CD Due 8/10/17 | A | Interest | | | Buy | 04/27/17 | M | | |
| 617. | | | | | Matured | 08/10/17 | M | | |
| 618.  -Bank of India CD Due 11/8/17 | B | Interest | | | Buy | 05/03/17 | M | | |
| 619. | | | | | Matured | 11/08/17 | M | | |
| 620.  -Compass Bank CD 5/8/17 | A | Interest | | | Buy | 02/01/17 | M | | |
| 621. | | | | | Matured | 05/08/17 | M | | |
| 622.  -Mizrahi Stanley Bh CD Due 5/2/17 | A | Interest | | | Buy | 01/23/17 | M | | |
| 623. | | | | | Matured | 05/02/17 | M | | |
| 624.  -Morgan Stanley Bk CD Due 11/10/17 | A | Interest | | | Buy | 08/02/17 | M | | |
| 625. | | | | | Matured | 11/10/17 | M | | |
| 626.  -Bank of India CD Due 5/9/18 | | None | M | T | Buy | 11/06/17 | M | | |
| 627.  -Bank of China CD Due 7/16/18 | | None | M | T | Buy | 07/11/17 | M | | |
| 628.  -Beal Bank USA CD Due 4/25/18 | | None | M | T | Buy | 04/18/17 | M | | |
| 629.  -Congressional Bank CD Due 5/15/18 | A | Interest | M | T | Buy | 11/06/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.   -United Bank Verno CD Due 5/15/18 | | None | M | T | Buy | 11/06/17 | M | | |
| 631. | | | | | | | | | |
| 632.   Trust # 3 (H) | | | | | | | | | |
| 633.   -Alphabet Inc. Class C | | None | L | T | Sold (part) | 01/23/17 | J | C | |
| 634.   -AMC Networks | | None | | | Sold (part) | 01/11/17 | J | | |
| 635. | | | | | Sold (part) | 02/08/17 | J | | |
| 636. | | | | | Sold | 02/14/17 | J | | |
| 637.   -Anheuser-Busch | | | J | T | Buy | 12/08/17 | J | | |
| 638. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 639.   -Apple | B | Dividend | | | Sold (part) | 01/20/17 | J | C | |
| 640. | | | | | Sold (part) | 01/25/17 | J | C | |
| 641. | | | | | Sold (part) | 02/27/17 | J | B | |
| 642. | | | | | Sold (part) | 03/21/17 | J | B | |
| 643. | | | | | Sold (part) | 04/03/17 | J | B | |
| 644. | | | | | Sold (part) | 05/03/17 | J | C | |
| 645. | | | | | Sold | 05/05/17 | K | D | |
| 646.   -Carnival Corp | B | Dividend | L | T | Sold (part) | 01/26/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold (part) | 06/22/17 | J | A | |
| 648. | | | | | Sold (part) | 08/31/17 | J | B | |
| 649.  -Charles Schwab Corp | A | Dividend | J | T | Buy | 09/13/17 | J | | |
| 650.  -Coca Cola Company | B | Dividend | L | T | Buy | 05/02/17 | J | | |
| 651. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 652. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 653. | | | | | Buy (add'l) | 05/18/17 | J | | |
| 654. | | | | | Buy (add'l) | 06/02/17 | K | | |
| 655. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 656. | | | | | Buy (add'l) | 07/26/17 | J | | |
| 657. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 658. | | | | | Buy (add'l) | 11/16/17 | K | | |
| 659.  -Comcast Corporation | B | Dividend | L | T | | | | | |
| 660.  -Darden Restaurants | A | Dividend | L | T | Buy | 07/25/17 | J | | |
| 661. | | | | | Buy (add'l) | 07/26/17 | J | | |
| 662. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 663. | | | | | Buy (add'l) | 08/03/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 665. | | | | | Sold (part) | 12/08/17 | J | | |
| 666. -Diageo PLC | B | Dividend | L | T | | | | | |
| 667. -Dunkin Brands Group | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 668. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 669. -Estee Lauder Co, Inc. Class A | A | Dividend | | | Buy (add'l) | 01/10/17 | J | | |
| 670. | | | | | Sold | 09/19/17 | K | D | |
| 671. -Exxon Mobil | D | Dividend | M | T | | | | | |
| 672. -Facebook Inc Class A | | None | K | T | Sold (part) | 04/06/17 | J | B | |
| 673. | | | | | Sold (part) | 05/01/17 | J | B | |
| 674. | | | | | Sold (part) | 05/12/17 | J | B | |
| 675. | | | | | Sold (part) | 05/18/17 | J | B | |
| 676. | | | | | Sold (part) | 08/30/17 | J | B | |
| 677. | | | | | Sold (part) | 10/25/17 | J | B | |
| 678. -Heineken NV | B | Dividend | L | T | Buy (add'l) | 01/03/17 | K | | |
| 679. | | | | | Buy (add'l) | 01/11/17 | J | | |
| 680. | | | | | Buy (add'l) | 03/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. -Hershey Company | A | Dividend | K | T | Buy | 02/24/17 | J | | |
| 682. | | | | | Buy (add'l) | 03/08/17 | J | | |
| 683. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 684. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 685. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 686. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 687. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 688. -Kellogg Company | A | Dividend | L | T | Buy | 08/23/17 | J | | |
| 689. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 690. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 691. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 692. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 693. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 694. | | | | | Buy (add'l) | 10/05/17 | J | | |
| 695. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 696. -LVMH MOET | B | Dividend | L | T | Sold (part) | 01/10/17 | J | A | |
| 697. | | | | | Sold (part) | 01/11/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**      Name of Person Reporting      Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold (part) | 01/13/17 | J | A | |
| 699. | | | | | Sold (part) | 05/16/17 | J | C | |
| 700. -Lululemon Athletics | | None | L | T | Buy (add'l) | 04/03/17 | J | | |
| 701. | | | | | Buy (add'l) | 06/02/17 | K | | |
| 702. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 703. -Marriott Intl Inc. Class A | A | Dividend | K | T | Sold (part) | 05/30/17 | J | C | |
| 704. | | | | | Sold (part) | 05/31/17 | J | B | |
| 705. | | | | | Sold (part) | 06/02/17 | J | B | |
| 706. | | | | | Sold (part) | 10/05/17 | J | C | |
| 707. | | | | | Sold (part) | 10/25/17 | J | B | |
| 708. -McDonalds | B | Dividend | M | T | Buy (add'l) | 01/23/17 | J | | |
| 709. | | | | | Buy (add'l) | 01/24/17 | J | | |
| 710. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 711. | | | | | Buy (add'l) | 03/06/17 | J | | |
| 712. | | | | | Buy (add'l) | 03/08/17 | J | | |
| 713. | | | | | Sold (part) | 06/20/17 | J | B | |
| 714. | | | | | Sold (part) | 10/25/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715.  -Microsoft Corp | B | Dividend | M | T | Buy (add'l) | 02/28/17 | J | | |
| 716. | | | | | Buy (add'l) | 04/12/17 | J | | |
| 717. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 718. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 719. | | | | | Sold (part) | 10/25/17 | J | B | |
| 720.  -Nestle | B | Dividend | L | T | Buy (add'l) | 01/03/17 | J | | |
| 721. | | | | | Buy (add'l) | 01/23/17 | J | | |
| 722. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 723. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 724. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 725. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 726. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 727. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 728.  -Nike Inc Class B | A | Dividend | L | T | Buy (add'l) | 01/31/17 | J | | |
| 729. | | | | | Buy (add'l) | 03/03/17 | J | | |
| 730. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 731. | | | | | Buy (add'l) | 05/05/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 733. | | | | | Sold (part) | 09/13/17 | J | | |
| 734. | | | | | Sold (part) | 09/14/17 | J | | |
| 735. | | | | | Sold (part) | 09/26/17 | J | | |
| 736. | | | | | Sold (part) | 10/10/17 | J | | |
| 737. | | | | | Sold (part) | 10/13/17 | J | | |
| 738. | | | | | Sold (part) | 10/25/17 | J | | |
| 739.  -Paypal Holdings Inco | | | | | Buy (add'l) | 01/30/17 | J | | |
| 740. | | | | | Sold (part) | 04/27/17 | J | C | |
| 741. | | | | | Sold (part) | 05/24/17 | J | B | |
| 742. | | | | | Sold (part) | 05/31/17 | J | C | |
| 743. | | | | | Sold (part) | 06/01/17 | J | C | |
| 744. | | | | | Sold (part) | 06/09/17 | J | B | |
| 745. | | | | | Sold (part) | 07/05/17 | J | B | |
| 746. | | | | | Sold (part) | 07/10/17 | J | B | |
| 747. | | | | | Sold | 08/03/17 | K | D | |
| 748.  -Pepsico | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -The Priceline Group | | None | | | Sold (part) | 01/27/17 | J | B | |
| 750. | | | | | Sold (part) | 02/28/17 | J | C | |
| 751. | | | | | Sold (part) | 05/05/17 | K | D | |
| 752. | | | | | Sold | 06/14/17 | K | D | |
| 753. -Proctor & Gamble | | None | K | T | Buy | 11/15/17 | K | | |
| 754. -Starbucks | A | Dividend | | | Buy (add'l) | 03/09/17 | J | | |
| 755. | | | | | Sold (part) | 04/28/17 | J | B | |
| 756. | | | | | Sold (part) | 05/12/17 | J | B | |
| 757. | | | | | Sold (part) | 05/22/17 | J | B | |
| 758. | | | | | Sold (part) | 05/23/17 | J | C | |
| 759. | | | | | Sold | 05/24/17 | J | B | |
| 760. -Time Warner Inc | A | Dividend | | | Sold (part) | 01/03/17 | K | D | |
| 761. | | | | | Sold (part) | 01/04/17 | J | C | |
| 762. | | | | | Sold (part) | 02/03/17 | J | C | |
| 763. | | | | | Sold (part) | 04/05/17 | J | B | |
| 764. | | | | | Sold (part) | 07/25/17 | J | D | |
| 765. | | | | | Sold (part) | 07/26/17 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Sold (part) | 07/27/17 | J | D | |
| 767. | | | | | Sold (part) | 08/03/17 | J | C | |
| 768. | | | | | Sold (part) | 08/23/17 | J | D | |
| 769. | | | | | Sold | 08/25/17 | J | D | |
| 770. -TJX Companies Inc | A | Dividend | | | Buy | 02/03/17 | J | | |
| 771. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 772. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 773. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 774. | | | | | Buy (add'l) | 02/21/17 | J | | |
| 775. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 776. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 777. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 778. | | | | | Buy (add'l) | 05/24/17 | J | | |
| 779. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 780. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 781. | | | | | Sold (part) | 10/04/17 | J | | |
| 782. | | | | | Sold (part) | 10/10/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

Stahl, Norman H. 05/23/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Sold (part) | 10/11/17 | J | | |
| 784. | | | | | Sold (part) | 11/14/17 | J | | |
| 785. | | | | | Sold (part) | 11/15/17 | K | | |
| 786. | | | | | Sold | 11/16/17 | K | | |
| 787. -Ulta Beauty Inc | None | | L | T | Buy | 08/30/17 | J | | |
| 788. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 789. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 790. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 791. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 792. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 793. | | | | | Buy (add'l) | 10/11/17 | J | | |
| 794. | | | | | Buy (add'l) | 10/12/17 | J | | |
| 795. | | | | | Buy (add'l) | 11/14/17 | J | | |
| 796. -United Parcel Service | A | Dividend | | | Sold (part) | 02/24/17 | J | A | |
| 797. | | | | | Sold (part) | 02/27/17 | J | A | |
| 798. | | | | | Sold (part) | 03/01/17 | J | A | |
| 799. | | | | | Sold (part) | 03/03/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Sold | 03/06/17 | J | B | |
| 801. -Visa | A | Dividend | K | T | Sold (part) | 08/30/17 | J | C | |
| 802. | | | | | Sold (part) | 10/25/17 | J | C | |
| 803. -Wal-Mart Stores | B | Dividend | M | T | Buy (add'l) | 01/05/17 | J | | |
| 804. | | | | | Buy (add'l) | 01/06/17 | J | | |
| 805. | | | | | Buy (add'l) | 01/23/17 | J | | |
| 806. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 807. | | | | | Buy (add'l) | 01/27/17 | J | | |
| 808. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 809. | | | | | Buy (add'l) | 03/03/17 | J | | |
| 810. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 811. | | | | | Sold (part) | 10/25/17 | J | B | |
| 812. -Walt Disney Co | B | Dividend | L | T | Sold (part) | 01/30/17 | J | D | |
| 813. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 814. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 815. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 816. | | | | | Buy (add'l) | 05/31/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 818. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 819. -Pepsico | C | Dividend | M | T | | | | | |
| 820. -Williams Sonoma | A | Dividend | | | Sold (part) | 01/04/17 | J | | |
| 821. | | | | | Sold (part) | 02/06/17 | J | | |
| 822. | | | | | Sold (part) | 02/08/17 | J | A | |
| 823. | | | | | Sold (part) | 02/09/17 | J | B | |
| 824. | | | | | Sold (part) | 02/21/17 | J | C | |
| 825. | | | | | Sold (part) | 02/23/17 | J | B | |
| 826. | | | | | Sold | 02/24/17 | J | A | |
| 827. -Cash, Schwab Govt Money Fund (Y) | | | | | | | | | |
| 828. -Cash, Schwab Bank Sweep | A | Interest | K | T | | | | | |
| 829. -US Treasury Bill Due 5/4/17 | A | Interest | | | Matured | 05/04/17 | N | | |
| 830. -Bank of India CD Due 2/8/17 | A | Interest | | | Matured | 02/08/17 | J | | |
| 831. -Bank of India CD Due 11/22/17 | A | Interest | | | Buy | 08/15/17 | K | | |
| 832. | | | | | Matured | 11/22/17 | K | | |
| 833. -Bank of China CD Due 5/15/17 | A | Interest | | | Buy | 02/01/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Stahl, Norman H.

05/23/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Matured | 05/15/17 | K | | |
| 835. -Bank of China CD Due 8/17/17 | A | Interest | | | Buy | 05/03/17 | K | | |
| 836. | | | | | Matured | 08/17/17 | K | | |
| 837. -US Treasury CD Due 8/3/17 | A | Interest | | | Buy | 05/03/17 | N | | |
| 838. | | | | | Matured | 08/03/17 | N | | |
| 839. -US Treasury CD Due 11/2/17 | A | Interest | | | Buy | 08/02/17 | N | | |
| 840. | | | | | Matured | 11/02/17 | N | | |
| 841. -US Treasury CD Due 5/3/18 | | None | N | T | Buy | 11/06/17 | N | | |
| 842. | | | | | | | | | |
| 843. Trust # 4 (H) | | | | | | | | | |
| 844. Cash, Sch MA Muni MMF | A | Interest | J | T | | | | | |
| 845. -Massachusetts St Dev Fin Bond, 5%, Due 09/01/2019 | A | Interest | K | T | | | | | |
| 846. -Town of Braintree MA 5%, Due 05/15/2019 | A | Interest | J | T | Sold (part) | 10/30/17 | K | A | |
| 847. -Houston Tex ARPT Sys Rev 5%, Due 07/01/2021 | B | Interest | K | T | | | | | |
| 848. -Massachusetts St Wtr 5 %, Due 08/01/2021 | B | Interest | K | T | | | | | |
| 849. -Broward Cnty Fla 5%, Due 10/01/2017 | A | Interest | | | Sold | 01/12/17 | J | A | |
| 850. -Pittsfield Mass Rfdg St 5%, Due 03/01/2020 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. -Massachusetts Bay Transn Auth 5% Due 07/01/2022 | B | Interest | K | T | | | | | |
| 852. - Nebraska St Public Powr Dist 5% Due 01/01/2025 | A | Interest | K | T | | | | | |
| 853. -Marshfield MA Muni Purpose Bond 5% Due 11/01/2024 | A | Interest | K | T | | | | | |
| 854. -Althens, AL 5% Due 02/01/2023 | A | Interest | K | T | | | | | |
| 855. -MA ST Wtr Poll 5% Due 08/01/2017 | A | Interest | | | Sold | 05/18/17 | K | | |
| 856. -TX Southmost CLG 5% Due 02/15/2025 | A | Interest | K | T | | | | | |
| 857. -Peabody, MA 4% Due 7/15/21 | A | Interest | K | T | | | | | |
| 858. -MA ST DEV 4.5% Due 7/1/28 | A | Interest | | | Redeemed | 07/01/17 | K | | |
| 859. -Georgetown, MA 4% Due 5/1/20 | A | Interest | K | T | | | | | |
| 860. -MA ST FED HWY 5% Due 6/15/26 | A | Interest | K | T | | | | | |
| 861. -MA ST SCH BLDG AUTH 5% Due 8/15/29 | A | Interest | K | T | | | | | |
| 862. -Boston MA 4% Due 03/01/27 | A | Interest | K | T | | | | | |
| 863. -Foxborough MA 4% Due 05/15/25 | A | Interest | K | T | | | | | |
| 864. -MA ST Trans FD 5% Due 06/01/27 | A | Interest | K | T | | | | | |
| 865. -Billerica Mass 5% Due 2/1/24 | A | Interest | K | T | Buy | 05/17/17 | K | | |
| 866. -FL St B/E Lottery 5% Due 7/1/24 | A | Interest | K | T | Buy | 01/11/17 | K | | |
| 867. -IN Mun Pwr Supps RE 5% Due 1/1/28 | | None | K | T | Buy | 10/27/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868.  -MA St Wtr Poll Abat 5% Due 8/1/19 | A | Interest | K | T | Buy | 07/06/17 | K | | |
| 869. | | | | | | | | | |
| 870.  Trust # 5 IRA (H) | | | | | | | | | |
| 871.  -ALPS ETF TR Alerian MLP | A | Dividend | J | T | | | | | |
| 872.  -Altria Group Inc. | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 873.  -Bank of Montreal | A | Dividend | J | T | Sold (part) | 02/13/17 | J | A | |
| 874.  -BCE Inc. New | A | Dividend | J | T | Buy (add'l) | 02/13/17 | J | | |
| 875.  -Welltower, Inc. | A | Dividend | J | T | Buy (add'l) | 02/13/17 | J | | |
| 876.  -Lockheed Martin Corp. | A | Dividend | J | T | Buy (add'l) | 02/13/17 | J | | |
| 877.  -Merck & Co Inc. | A | Dividend | J | T | | | | | |
| 878.  -Microchip Technology Inc. | | None | | | Sold | 02/13/17 | J | C | |
| 879.  -Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 880.  -American Electric Power | A | Dividend | J | T | Buy (add'l) | 02/13/17 | J | | |
| 881.  -Chevron | A | Dividend | J | T | | | | | |
| 882.  -HSBC Holdings PLC | A | Dividend | J | T | Sold (part) | 02/13/17 | J | | |
| 883.  -Weyerhaeuser | A | Dividend | J | T | Buy (add'l) | 02/13/17 | J | | |
| 884.  -Simon Property Group, Inc. | A | Dividend | J | T | Buy (add'l) | 02/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885.  -GlaxoSmithKline | A | Dividend | J | T | Buy (add'l) | 02/13/17 | J | | |
| 886.  -Reynolds American | A | Dividend | | | Sold | 02/13/17 | J | B | |
| 887.  -Digital Realty Trust, Inc. | A | Dividend | J | T | Sold (part) | 10/10/17 | J | A | |
| 888.  -Duke Energy | A | Dividend | J | T | Buy (add'l) | 02/13/17 | J | | |
| 889.  -Eaton Corporation | A | Dividend | J | T | | | | | |
| 890.  -Verizon | A | Dividend | J | T | Buy (add'l) | 02/13/17 | J | | |
| 891.  -Abbvie | A | Dividend | J | T | Buy (add'l) | 02/13/17 | J | | |
| 892. | | | | | Sold (part) | 10/10/17 | J | A | |
| 893.  -Caterpillar | A | Dividend | J | T | Buy | 02/13/17 | J | | |
| 894. | | | | | Sold (part) | 10/10/17 | J | A | |
| 895.  -Cisco Systems | A | Dividend | J | T | Buy | 02/13/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

Stahl, Norman H.

05/23/2018

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Stahl, Norman H.

05/23/2018

## FINANCIAL DISCLOSURE REPORT
Page 58 of 58

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/23/2018 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Norman H. Stahl**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544